■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL A., Appellant. [689 NYS2d 884] —Adjudication unanimously affirmed. Memorandum: Although defendant's waiver of the right to appeal encompassed the original sentence of probation (*see, People v Seaberg*, 74 NY2d 1), it did not encompass the resentencing following a hearing at which violations of probation were established. Upon review of the resentence, we conclude that the sentence is neither unduly harsh nor severe, and we decline to modify it as a matter of

discretion in the interest of justice. Defendant further contends that Supreme Court erred in failing to order an updated presentence report. The record establishes, however, that defendant waived that report at the resentencing. (Appeal from Adjudication of Supreme Court, Erie County, Forma, J.— Youthful Offender.) Present—Green, J. P., Pine, Wisner, Hurlbutt and Callahan, JJ.